UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
NOAH THOMPSON,                                                    :
                                                                  :
                              Plaintiff,                          :
                                                                  :                21-CV-1464 (JMF)
                -v-                                               :
                                                                  :                ORDER
CHURCHILL CAPITAL CORP. II, et al.,                               :
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      IT IS HEREBY ORDERED that the initial pretrial conference in this matter, previously scheduled for June 23, 2021, is RESCHEDULED for **July 28, 2021, at 4:30 p.m**. in Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.
The parties are reminded that they must file on ECF no later than Thursday, **July 22, 2021**, a joint letter, the contents of which is described in the Court's order scheduling the initial pretrial conference (ECF No. 3), as well as a proposed Civil Case Management Plan and Scheduling Order attached as an exhibit to the joint letter.

      SO ORDERED.

Dated: May 19, 2021
       New York, New York
                                                 JESSE M. FURMAN
                                                 United States District Judge