SUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOAH THOMPSON,<br><br>                    Plaintiff,<br><br>          -against-<br><br>CHURCHILL CAPITAL CORP II,<br>MICHAEL KLEIN, JEREMY PAUL ABSON,<br>GLENN AUGUST, DENA J. BRUMPTON,<br>MARK KLEIN, MALCOLM S. MCDERMID,<br>and KAREN G. MILLS,<br><br>                    Defendants. | Case No.: 1:21-cv-01464-JMF |

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses his claims in the above-captioned action against Defendants as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: July 6, 2021

All conferences are canceled.  All motions are moot.  The Clerk of Court is directed to terminate this case.  SO ORDERED.

*[signature]*

July 7, 2021

Respectfully submitted,

**MONTEVERDE & ASSOCIATES PC**

*/s/ Juan E. Monteverde*
Juan E. Monteverde (JM-8169)
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Tel: (212) 971-1341
Fax: (212) 202-7880
Email: jmonteverde@monteverdelaw.com

*Attorneys for Plaintiff*