UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOAH THOMPSON,<br><br>    Plaintiff,<br><br> -against-<br><br>CHURCHILL CAPITAL CORP II, MICHAEL KLEIN, JEREMY PAUL ABSON, GLENN AUGUST, DENA J. BRUMPTON, MARK KLEIN, MALCOLM S. MCDERMID, and KAREN G. MILLS,<br><br>    Defendants. | Case No: 1:21-cv-01464-JMF |

## MONTEVERDE & ASSOCIATES PC'S NOTICE OF WITHDRAWAL OF ITS MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES

Monteverde & Associates PC hereby withdraws its pending Motion for an Award of Attorneys' Fees and Expenses (ECF 18) as resolved and therefore moot.

Dated: February 7, 2022

Respectfully submitted,

**MONTEVERDE & ASSOCIATES PC**

*/s/ Juan E. Monteverde*
Juan E. Monteverde (JM-8169)
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Tel: (212) 971-1341
Fax: (212) 202-7880
Email: jmonteverde@monteverdelaw.com

*Attorneys for Plaintiff*

The Clerk of Court is directed to terminate ECF No. 18.

SO ORDERED.

February 8, 2022